IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MYRON G. KUZYK and ZENON L. KUZYK,

                Plaintiffs,

v.

THOMAS LUCKE, R. TIMOTHY LUCKE,
STANTON PETER HELLAND, PATRICK
J. HELLAND, JOSEPH B. GUSSEL, GARY H.
GUSSEL, J. THOMAS GUSSEL, WILDERNESS
HOTEL & RESORT, INC., WILBAR, INC., WILD
GOLF, INC., WILDERNESS DEVELOPMENT
CORPORATION and GLACIER CANYON LODGE, LLC,

                Defendants.

ORDER

10-cv-538-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a)(d )(4).

Entered this 21st day of October, 2010.

                BY THE COURT:

                /s/

                _____
                WILLIAM M. CONLEY
                District Judge